1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  2879 St. Rose Parkway, Suite 130A
   Henderson, Nevada 89052
4  P: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for plaintiff*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  DALE HUFFORD, an individual; | Case No.:   2:16-cv-00227-JAD-GWF |
| 10              Plaintiff, | |
| 11   v. | |
| 12  EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; AMERICAN ADJUSTMENT COMPANY, INC., a foreign corporation; CACH, LLC, a foreign limited liability company; | **STIPULATION AND ORDER FOR DISMISSAL OF CACH, LLC WITH PREJUDICE** |
| 15              Defendants. | |

17   **WHEREAS** plaintiff, Dale Hufford, and defendant Cach, LLC ("Cach") (collectively

18  referred to as "Parties") have executed a settlement agreement which fully and finally resolves

19  all claims, disputes, and differences between the Parties;

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Cach, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 20th day of April, 2016.                DATED this 20th day of April, 2016.

**LAW OFFICE OF**                                   **LEWIS ROCA ROTHGERBER CHRISTIE**
**KEVIN L. HERNANDEZ**                              **LLP**

*/s/ Kevin L. Hernandez*                            */s/ J. Christopher Jorgensen*
Kevin L. Hernandez, Esq.                            J. Christopher Jorgensen, Esq.
Nevada Bar No. 12594                                Nevada Bar No. 5382
2879 St. Rose Parkway, Suite 130A                   3993 Howard Hughes Parkway, Suite 600
Henderson, Nevada 89052                             Las Vegas, Nevada 89169
kevin@kevinhernandezlaw.com                         cjorgensen@lrrc.com
*Attorneys for plaintiff*                           *Attorneys for Defendant Cach, LLC*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CACH, LLC

Based on the stipulation of plaintiff and Cach, LLC (which I treat as a joint motion to dismiss under Local Rule 7-1(c) because it is signed by fewer than all the parties) [ECF No. 12], it is HEREBY ORDERED that **all claims against Cach, LLC are DISMISSED with prejudice,** each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
DATED: April 21, 2016