Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALE HUFFORD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; AMERICAN ADJUSTMENT COMPANY, INC., a foreign corporation; CACH, LLC, a foreign limited liability company;<br><br>Defendants. | Case No.: 2:16-cv-00227-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC WITH PREJUDICE**<br><br>ECF No. 19 |

Plaintiff, Dale Hufford, and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred in this matter.

Respectfully Submitted.

Dated: August 24, 2016.                                                  Dated: August 24, 2016.

**LAW OFFICE OF**                                                        **MAUPIN NAYLOR BRASTER**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                                 */s/ Jennifer L. Braster*
Kevin L. Hernandez, Esq.                                                 Jennifer L. Braster, Esq.
Nevada Bar No. 12594                                                     Nevada Bar No. 9982
9555 S. Eastern Avenue, Suite 220A                                       1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89123                                                  Las Vegas, Nevada 89145
kevin@kevinhernandezlaw.com                                              jbraster@naylorandbrasterlaw.com
*Attorney for Plaintiff*                                                 *Attorney for Defendant Experian Information Solutions, Inc.*

## ORDER

Based on the remaining parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2016